RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Steve Francis Pitchford, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVE FRANCIS PITCHFORD, JR.,<br><br>  Defendant. | Case No. 2:19-cr-00195-RFB-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and K. Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Steve Francis Pitchford, Jr., that the Sentencing Hearing currently scheduled on June 23, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs time to meet with and prepare Mr. Pitchford for his Presentence interview which has not occurred.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 20th day of May, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Jawara Griffin*<br>By_____<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | */s/ K. Nicholas Portz*<br>By_____<br>K. NICHOLAS PORTZ<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVE FRANCIS PITCHFORD, JR.,<br><br>        Defendant. | Case No. 2:19-cr-00195-RFB-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, June 23, 2022 at 9:00 a.m., be vacated and continued to July 25, 2022 at the hour of 2:00 p.m.

    DATED this 25th day of May, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3