RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Steve Francis Pitchford, Jr.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>STEVE FRANCIS PITCHFORD, JR.,<br><br>                    Defendant. | Case No. 2:19-cr-00195-RFB-EJY<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and K. Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Steve Francis Pitchford, Jr., that the Sentencing Hearing currently scheduled on July 25, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel just received the Revised PSR and needs time to meet with client, review it and file any necessary informal objections.

2.     The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 18th day of July, 2022.

RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender               United States Attorney


    */s/ Jawara Griffin*                    */s/ K. Nicholas Portz*
By_____           By_____
JAWARA GRIFFIN                        K. NICHOLAS PORTZ
Assistant Federal Public Defender     Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVE FRANCIS PITCHFORD, JR.,<br><br>        Defendant. | Case No. 2:19-cr-00195-RFB-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, July 25, 2022 at 2:00 p.m., be vacated and continued to September 12, 2022 at the hour of  1 : 00  p.m.

    DATED this 20th day of July, 2022.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE